UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
HILARY BEST,

                    Plaintiff,                         **ORDER**
                                               26-CV-2853 (NRM) (CHK)
          -against-

THE CITY OF NEW YORK et al.,

                    Defendants.
------------------------------------------------------------x
CLAY H. KAMINSKY, United States Magistrate Judge:

Plaintiff Hilary Best brings this action under 42 U.S.C. § 1983. ECF No. 1. Plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915 is hereby granted. ECF No. 2.

The Clerk of Court is directed to issue a summons against the Defendants, and the United States Marshals Service is directed to serve the summons, Complaint, and this Order upon the Defendants, without prepayment of fees. The Clerk of Court is further directed to send a copy of this Order to Plaintiff, noting the mailing on the docket.

For information regarding court procedures, Plaintiff may contact the Pro Se Office at the United States Courthouse by calling (718) 613-2665. Plaintiff may also contact the Federal Pro Se Legal Assistance Project (212) 382-4729 or https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project of the City Bar Justice Center for free, confidential, limited-scope legal assistance.

SO ORDERED.

                                 /s/Clay H. Kaminsky
                                 CLAY H. KAMINSKY
                                 United States Magistrate Judge

Dated: June 5, 2026
       Brooklyn, New York